Seward F. Gould, Appellant, v. Harry P. Gould and Agnes Elizabeth Gould, Respondents.— Judgment and order affirmed, with costs. All concurred, except Robson, J., who dissented.

Frank V. R. Stillman, Appellant, v. City of Olean, Respondent.— Judgment affirmed, with costs. All concurred, except McLennan, P. J., who dissented.

Jeremiah McCarthy, Respondent, v. Western Union Telegraph Company, Appellant, Impleaded with Read-Codington Engineering Company, Respondent.— Judgment and order affirmed, with costs, and motion to dismiss the appeal of Western Union Telegraph Company as against the Read-Codington Engineering Company granted, without costs. All concurred, except Foote, J., who dissented from the affirmance of the judgment and order.

Gustave J. Anderson, Respondent, v. Clark Brothers Company, Appellant.— Judgment affirmed, with costs. All concurred, except Robson, J., who dissented.

C. L. Amos Coal Company, Respondent, v. The George V. Fowler Realty Company, Appellant.— Judgment affirmed, with costs. All concurred.

The People of the State of New York, Respondent. v. Charles F. Moulton and Louis Moulton, Appellants.— Judgment and order affirmed, with costs. All concurred.

Eliza E. Hopkins, Respondent, v. Frederick S. Sperry and Others, Respondents, Impleaded with James R. Pineo, Appellant.— Interlocutory judgment affirmed, without costs, with leave to the appellant to plead over within twenty days upon the payment of the costs of the demurrer. All concurred.

Elizabeth Watson, Respondent, v. Esther J. Prince and Others, Doing Business under the Firm Name of J. B. Wiggins & Son, Appellants.— Interlocutory judgment affirmed, with costs, with leave to the defendants to plead over within twenty days upon payment of the costs of the demurrer and of this appeal. All concurred, except Spring, J., who dissented.

Helen Champlin and James H. Champlin, Respondents, v. Commercial Union Assurance Company, Limited, Appellant, Impleaded with Stephen J. Champlin.— Judgment and order affirmed, with costs. All concurred.

Sarah J. Turner, Appellant, v. Nicholas Boubolis and Others, Respondents.— Interlocutory judgment affirmed, with costs. All concurred.

Ida Winitsky, as Administratrix, etc., of Hyman Winitsky, Deceased, Respondent, v. New York State Railways, Appellant.— Judgment and order affirmed, with costs. All concurred.